JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE NAPIER, ) | NO. EDCV 14-1886-KLS |
|       Plaintiff, ) | |
|       v. ) | JUDGMENT |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
|       Defendant. ) | |
| _____ ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: October 20, 2015

                                                    _____
                                                    KAREN L. STEVENSON
                                                UNITED STATES MAGISTRATE JUDGE